UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BELCHER,<br><br>          Plaintiff,<br><br>vs.<br><br>SCOTT E. PEARSON,<br><br>          Defendant. | Case No.: 3:20-CV-00296-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3[1]) entered on August 24, 2020, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) and Scott E. Pearson, is dismissed with prejudice, with leave to amend.  No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that within **30 DAYS** Plaintiff shall pay, through NDOC, an initial partial filing fee in the amount of $10. Thereafter, whenever his prison account exceeds $10, he should be required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid.

**IT IS FURTHER ORDERED** that Scott E. Pearson is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1-1) is **DISMISSED WITH LEAVE TO AMEND** within **30 days** from the date of this Order.

**IT IS FURTHER ORDERED** that the amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the court. Plaintiff shall clearly title the amended pleading as "AMENDED COMPLAINT."

**IT IS FURTHER ORDERED** if Plaintiff fails to file an amended complaint within the 30 days, the action will be dismissed.

**IT IS FURTHER ORDERED** the Clerk of the Court shall send a copy of this order adopting this Report and Recommendation to the attention of Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge